UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MAE FELDER                          :

   v.                               :    CASE NO. 3:02CV1517 (AWT)

SHORELINE MOTORS CORPORATION        :

NOTICE TO COUNSEL
PURSUANT TO LOCAL RULE 41(b)

The above-entitled case was reported to the Court on or about September 29, 2003 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within (30) days thereafter.

Accordingly, an order of dismissal will be entered on January 9, 2004, unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact to be settled.

The parties are notified herein that all pending motions, (if any), are hereby denied, without prejudice to reopening. In the event that settlement has not been consummated, such motions that have been denied without prejudice may be renewed before this Court by filing a notice that they are again ripe for decision. If and when such a notice is filed, the parties shall notify Chambers in writing for the purpose of scheduling a status conference to set a final pretrial scheduling order for the completion of discovery and the filing of dispositive motions.

-2-

It is so ordered.

Dated at Hartford, Connecticut this 9th day of December, 2003.

KEVIN F. ROWE, CLERK

By: *Sandy Smith*
Sandy Smith
Deputy Clerk