UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MAE FELDER                          :

    v.                              :    CASE NO. 3:02CV1517 (AWT)

SHORELINE MOTORS CORPORATION        :

<u>JUDGMENT</u>

Counsel of record having reported to the court on September 29, 2003, that the above-entitled case has settled;

It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to reopen the case if the settlement has not been consummated.

Dated at Hartford, Connecticut this 22nd day of January, 2004.

                                          KEVIN F. ROWE, Clerk

                          By:_____
                               Sandra Smith
                               Deputy Clerk

EOD _____